287 F.2d 888
 Wesley MERRITT, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 18605.
 United States Court of Appeals Fifth Circuit.
 March 30, 1961.
 
 William L. Gower, William T. Brooks, Atlanta, Ga., for appellant.
 J. Robert Sparks, Asst. U.S. Atty., William. C. O'Kelley, Asst. U.S. Atty., Atlanta, Ga., Charles D. Read, Jr., U.S. Atty., John W. Stokes, Jr., Asst. U.S. Atty. Atlanta, Ga., for appellee.
 Before JONES and BROWN, Circuit Judges, and CONNALLY, District Judge.
 PER CURIAM.
 
 
 1
 No prejudicial error appearing, the judgment of the district court is
 
 
 2
 Affirmed.